UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x
ROG PETROLIUM LLC,

                Plaintiff,

                -against-

MILLIE EXPORTS LTD.,

                Defendant.
----------------------------------- x

**ORDER**

10-CV-409 (SLT) (SMG)

**TOWNES, United States District Judge:**

On July 12, 2010, the Honorable Steven M. Gold, United States Chief Magistrate Judge, issued a Report and Recommendation ("R&R"), recommending that the Court dismiss all claims in this action for failure to prosecute. R&R at 1. Chief Magistrate Judge Gold advised the parties that they had fourteen days from the issuance of the R&R in which to file written objections to it. *Id.*

As of the date of this order, the Court has not received any objections to the R&R. A district court is not required to review the factual or legal conclusion of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Therefore, the Court adopts the R&R in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

## CONCLUSION

For the reasons stated above, Chief Magistrate Judge Gold's Report and Recommendation dated July 12, 2010, is adopted in its entirety. All claims in this action are

1

hereby dismissed and the Clerk of Court is directed to close this case.

**SO ORDERED.**

s/ SLT
SANDRA L. TOWNES
United States District Judge

Dated: August 3, 2010
Brooklyn, New York